UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NATURAL FEAST CORPORATION,<br>Debtor. | Chapter 11<br>Case No. 03-10462-JBR |
| NATURALLY ME, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALAN ATTRIDGE,<br><br>Defendant.<br><br>v.<br><br>TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, and DAVID P. ATTRIDGE, as he is: (1) Executor Under the Will of Olga Irene Attridge; (2) Trustee of the Olga Irene Attridge Living Trust; and (3) Trustee of the Walter S. Attridge, Jr. Living Trust,<br><br>Equitable/Reach and Apply Defendants. | Adversary No. 04-1249 |

**ORDER ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AS TO REACH AND APPLY DEFENDANTS**

The Court conducted a hearing on March 29, 2006, on the Motion of Plaintiff Naturally ME, Inc., for a Preliminary Injunction against Reach and Apply Defendant TIAA-CREF Individual & Institutional Services, LLC. ("*TIAA-CREF*"), and Reach and Apply Defendant David P. Attridge, as he is: (1) the Executor under the Will of Olga Irene Attridge; (2) Trustee of the Olga Irene Attridge Living Trust; and (3) Trustee of the Walter S. Attridge, Jr. Living Trust. After considering the pleadings and the arguments of the parties, the Court finds that the Plaintiff

has satisfied its burden of establishing the necessary elements for a preliminary injunction to issue against the Reach and Apply Defendants.

Therefore, it is hereby ORDERED that the Motion for a Preliminary Injunction by Plaintiff Naturally ME, Inc., is ALLOWED, and it is hereby ORDERED and ADJUDGED:

1. TIAA-CREF, its employees, agents, servants, representatives and those acting in concert with them is enjoined from authorizing the paying out or transferring of monies, goods, effects, credits or other consideration in the Accounts of Olga Irene Attridge, including but not limited to, TIAA Contract No. GA24949-4, TIAA Contract No. ID65501-6 and CREF Certificate No. Z017094-5, to Alan Attridge, without further order of this Court or until such time as a permanent injunction is issued or is otherwise resolved.

2. Pending further Order of this Court, pursuant to M.G.L. c. 214 §3(6), Alan Attridge's interest in any monies, goods, effects, credits or other consideration due him from the TIAA-CREF Accounts of Olga Irene Attridge, including but not limited to, TIAA Contract No. GA24949-4, TIAA Contract No. ID65501-6 and CREF Certificate No. Z017094-5, shall be enjoined and attached in order to preserve Plaintiff's ability to recover on any judgment which it might recover in this proceeding and to satisfy the amount of such judgment if one issues.

3. David Attridge, as he is: (1) Executor Under the Will of Olga Irene Attridge; (2) Trustee of the Olga Irene Attridge Living Trust u/d/t dated April 10, 1995; or (3) Trustee of the Walter S. Attridge, Jr. Living Trust u/d/t dated April 10, 1995, his agents, nominees, representatives, attorneys, successors and assigns

        is enjoined from authorizing the paying out or transferring of monies, goods, effects, credits or other consideration to Alan Attridge without further order of this Court or until such time as a permanent injunction is issued or is otherwise resolved.

4. Pending further Order of this Court, pursuant to M.G.L. c. 214 §3(6), Alan Attridge's interest in any monies, goods, effects, credits or other consideration due him from David Attridge, as he is: (1) Executor Under the Will of Olga Irene Attridge; (2) Trustee of the Olga Irene Attridge Living Trust u/d/t dated April 10, 1995; or (3) Trustee of the Walter S. Attridge, Jr. Living Trust u/d/t dated April 10, 1995, shall be enjoined and attached in order to preserve Plaintiff's ability to recover on any judgment which it might recover in this proceeding and to satisfy the amount of such judgment if one issues.

5. The Court will conduct a continued hearing on the Motion for Preliminary Injunctive Relief on <u>April 14, 2006, at 9:00 a.m.</u>, in Courtroom 3, Harold Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

SO ORDERED THIS _____ DATE OF March 2006.

*Joel B. Rosenthal*
_____
JOEL B. ROSENTHAL
UNITED STATES BANKRUPTCY JUDGE